United States District Court
Southern District of Texas
**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GIULIA W. VANDERLAAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03155 |
| | § | |
| LAW OFFICES OF SCHEER, GREEN & BURKE CO., L.P.A., | § § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed February 17, 2022 (DOC # 16), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

Signed on February 17, 2022.

_____
Alfred H. Bennett
United States District Judge